**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Martin Guillermo SINOHUI–BOJORQUEZ, Defendant—Appellant.**

**No. 05–10507.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 12, 2006.

Raquel Arellano, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff—Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant—Appellant.

Before: HAWKINS, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Martin Guillermo Sinohui–Bojorquez appeals from his guilty-plea conviction and 60–month sentence imposed for importation of cocaine and possession with intent to distribute cocaine, all in violation of 21 U.S.C. §§ 841(a), (b)(1)(A)(ii), 952(a) and 960(b)(1)(b)(ii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sinohui–Bojorquez has

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Sinohui–Bojorquez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.